JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DICKERSON,<br><br>                    Petitioner,<br><br>        v.<br><br>M. MARTEL, Warden,<br><br>                    Respondent. | NO. CV 08-0829 VAP (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 2/12/08 _____, 2008.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE